PEOPLE v FORGASH. Appeal from Bay, Leon R. Dardas, J. Submitted Division 3 April 6, 1972, at Lansing. (Docket No. 11852.) Decided May 3, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Eugene C. Penzien,* Prosecuting Attorney, for the people.

*James E. Wilson,* for defendant on appeal.

Before: QUINN, P. J., and V. J. BRENNAN and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant was convicted of carrying a concealed weapon without a license, MCLA 750.227; MSA 28.424, was sentenced to a term of four to five years imprisonment, and now appeals.
Our examination of the transcript, record and briefs discloses no prejudicial error.
Affirmed.